**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 354 MAL 2022

           Respondent           :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

           v.                        :

                                      :

ALVIN GEORGE WHITE, JR.,           :

           Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.